Pro Se 14 (INND Rev. 2/20)                                                                                          page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

-FILED-
JUL 08 2022
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**Kyle Allen Bolton**,
[You are the PLAINTIFF, print your full name on this line.]

v.

**The State of Indiana**,
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number **1:22CV228**
[For a new case in this court, leave blank. The court will assign a case number.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | State of Indiana (prosecutor's office) | 602 S Calhoun St, Fort Wayne, IN, 46802 |
| 2 | State of Indiana (public defenders office) | E Main St #721, Fort Wayne, IN, 46802 |
| 3 | Fort Wayne Police Department | E Main St 108, Fort Wayne, IN, 46803 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? **9**

2. What is the name and address of your prison or jail? **Allen County Jail 417 South Calhoun St, Fort Wayne, IN**

3. Did the event you are suing about happen there? ☒ Yes. ☒ No, it happened at: **(Both) General Motors, Allen County Court, Chris Meyers, Allen County Jail Lawyer Booth**

4. On what date did this event occur? **March 2021 to present date (June 2022)**

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)

~~page 1~~

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]

__Kyle Bolton__,
[You are the **PLAINTIFF**, print your full name on this line.]

v.

__The State of Indiana__,
[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number _____
[For a new case in this court, leave blank. The court will assign a case number.]

*Name ~~Corporation~~ Defendants*

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] EEOC ~~(illegible)~~ Equal & Economic Opportunity Commission | 2310 Parnell Ave, Fort Wayne, IN 46805 |
| 2 | [Put the names of any other defendants in these boxes.] General Motors | 12200 Lafayette Center Rd, Roanoke, IN 46783 |
| 3 | Chris Meyers (Civil Rights Law Firm) | 809 S Calhoun St, Suite 400 Fort Wayne, IN 46802 |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? _____
2. What is the name and address of your prison or jail? _____
_____
3. Did the event you are suing about happen there? ◯ Yes. ◯ No, it happened at: _____
_____
4. On what date did this event occur? _____

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

More Corruption Defendents 

Pro Se 14 (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

__Kyle Bolton__,
[You are the **PLAINTIFF**, print your full name on this line.]

v.

__The State of Indiana__,
[The **DEFENDANT** is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

Case Number _____
*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | Stratosphere | (across the street from GM) (unsure of exact address) 12808 Stonebridge Rd. Allen County IN 46783 |
| 2 | Allen County Superior Court (Felony Division) | 715 S Calhoun Street Fort Wayne, IN, 46802 |
| 3 | Allen County Civil Court | unsure 715 South Calhoun St Fort Wayne IN 46802 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? __3__

2. What is the name and address of your prison or jail? _____

3. Did the event you are suing about happen there?  ◯ Yes.  ◯ No, it happened at: _____

4. On what date did this event occur? _____

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

Pro Se 14 (INND Rev. 2/20)                                                              page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. The State of Indiana is actively maintaining a corrupt social climate that has violated my rights of Equal Opportunity, Equal Protection, and Due Process, and this all began because of my skin color. In March of 2021 I was contacted by phone and told I was being fired from GM on a racial basis. The company assumed I was a white man. After finding out I was actually black, I was brought back to work, but locked out of building and forced to work outside on the trucks as if this were the Jim Crow South. After a solid month of discriminatory racism, I confronted HR and was permantly fired over race. I filed a complaint with the EEOC and they were also discriminatory and racist. Eventually they told me my case was too complex and claimed they were sending me a right to sue letter. I looked for lawyers and none of them took me seriously as an african american and the NAACP representative laughed at my case. I am a 6 year army veteran diagnosed with psychosis. Life is hard. In August of 2021 I was charged with Burglary. During the suspect

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

(Please note that a manager named Amy at Stratosphere also spread racist emails from GM to Hoosier Staffing and also to the supervisors about Kyle Bolton thus creating a hostile work site.)

Claims and Facts (continued)

interview, the State Agent told me on camera that no lawyer will take my case in today's society and this was clearly due to my skin color. (This state detective knows I am african american and she knows my dark skinned grandpa because he is a local 20 year police force veteran and Korean War veteran. (His name is Henry Bolton) This remark constitutes a single act of invidious racism in a long chain of pattern discrimination and it reveals the corrupt social climate I live in. Clearly listed on the top of the Discovery material of the criminal charge is that I, Kyle Bolton, am a black/african american man and then in line 2 it states that the eyewitness says the suspect is a white male. While on bond, I meet with Mrs. Ilene Smith and she makes a racial remark to me that I am not "albino", I am "mixed", which is misleading, but she said it because I had to emphasize that I am quite de facto albino just to get the interview. Since this meeting, Chris Meyers has rejected my case due to racially discriminatory reasons as revealed by the State Detective. During this time, General Motors filed a restraining order against me with the direct intent to get me put in jail in order to silence me and prevent litigation on my behalf and then I was lied to by Magistrate Brian Cook and ambushed by ignorant police right in front of the racist GM Lawyer and locked up for resisting arrest. (Please —

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

- note here that the arrest was based off of no valid bond violation or underlying criminal charge. I believe originally they were attempting to violate my Free Speech in order to revoke my bond and now my bond is being held just due to the resisting arrest charge.) Please note that the official case number of this racist event is 02D01-2111-P0-003315. Also note that prior to court, GM taunted and insulted me in the restraining order by listing my race as "identifies as black" as if I am not a real black african american person. Now, since coming to jail, I have been given 2 public defenders by the same State whose agent informed me "no lawyer will take my case because of my skin color." While here, I have come to notice that they do not take me seriously as an african american, they seem scared of me and my case, they seem like they only serve to not protect my interests, but instead to extort me for the State, and neither of them will make any moves to confront the blatant racism in my case or collect my exculpatory evidence concering my race which are material to my Insanity Defenses. In fact, Lierin Rossman has never even spoken to me about a defense once and I have been here for 7 months. (She handles the misdemeanor) And Jaime Egolf allowed me to be thrown down and punched twice by cops with no objection when I brought up the racism in my case at a competency hearing in order to block the prosecutor from shifting

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

rule → an unreasonable burden of trial dates moving onto me, which involves an aspect of law known as criminal ~~law~~ 4C. Basically, it seems like my public defenders condone racism, are working with the State and trial court to omit and cover up the existance of this racism, and in my heart I know this to be true because I am expierencing it and the State Detective literally told me of this on camera. Furthermore, Desiree Holy, the investigator for the public defenders office that is supposed to be working for me, showed me a tampered with and manipulated version of this Detective Interview video. When I challenged it, she fled, never returned, and neglected to notify my PD even though she had me mark down all the ~~marked~~ manipulated points. Since then, Jamie Egolf, the felony PD, has shown me a different version of the video of the interview which contains the element which appalls me, but for some reason, I get no time to study it, a vital piece is missing, and Mrs. Egolf will not confront the racism issue in court or explain why my civil and constitutional rights are valued. In fact, she seems to be trying to cover this video up and Lierin Rossman will not retrieve it or address it either even though this event preceded my resisting arrest charge! How can I trust the State, my country, my public defenders, or the American Legal System at this point? There is clearly a racist conspiracy here and I am severrely psychologically -

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20)                                                                                            page 6

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.
DO: Use simple English words and sentences.
    **DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.
DO: Explain when, where, why, and how each defendant violated your rights.
DO: Include every fact necessary to explain your case and describe your injuries or damages.
DO: Number any documents you attach and refer to them by number in your complaint.
    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.
DO: Use each defendant's name every time you refer to that defendant.
DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. — emotionally, and mentally damaged by this. I exist in a paranoid state now, fearing for my life and liberty, and frequently I am collapsing into lapses of psychotic decompensation that are so bad that I fear death due to heart attack, suicide, homelessness, and the grim prospect that one day I may lose all fortitude and become murderous or a mass shooter. I am ruined in every concievable way over these events from economic to good health and demand justice. I am an african american man and it is cruel and unusual to systematically punish me for having white skin. Now, before you make the decision to protect me or not, just know that I recently stumbled across this in the free Moby Dick classical literature book provided by the Allen County jail — Chapter 42, The Whiteness of the Whale — What is it in the Albino man so peculiarly repels and often shocks the eye, as that sometimes he is loathed by his own kith and kin'. It is that whiteness which invests him, —

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Pro Se 14 (INND Rev. 2/20) page ~~2~~ 7

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

underestimate    **DO NOT**: Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1.- a thing expressed by the name he bears. The Albino is "as well made" as other men - has no substansive deformity - and yet this mere aspect of all-pervading whiteness makes him more strangley hideous than the ugliest abortion. Why should this be so?

at

So ok! Given the circumstance, I believe here we can clearly draw a parrallel, and even back then in the 1800s, albinos could be prejudiced. It took everything I had not to break down and kill myself or kill somebody when I read that. I am mentaly destroyed. Please do not ~~estimate~~ my isolation or alienation ▾ this point because I feel alone and dehumanized in my own country and cannot trust the legal system anymore. This letter is my last resort. Lasty, please note that according to the Indiana Department of Workforce development, Allen County only has 50 percent of the lawyers it needs to protect us. Beyond the racism, this is simply unacceptable. I beg of the court to please put an end to this conspiracy.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

To sum things up, I cannot trust my own public defenders or a private lawyer or even trial itself due to the racially preiudicial comment the State Detective made to me combined with my experience

Pro Se 14 (INND Rev. 2/20)                                                                                              page 8

5. When did this event happen?
   ☑ Before I was confined.
   ☑ While I was confined awaiting trial.
   ☐ After I was convicted while confined serving the sentence.
   ☐ Other: _____

6. Have you ever sued anyone for this exact same event?
   ☑ No.
   ☐ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   ☑ No, this event is not grievable at this prison or jail.
   ☐ Yes, I filed a grievance and attached is a copy of the response from the final step.
   ☐ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

(1) Immediate discharge of criminal cases due to Equal Protection and ~~Equal~~ Due Process Violations. (2) I want a civil committment to a mental hospital before returning to society. (3) Brian Cook must be admonished. (4) I want a restraing order filed against the State on my behalf. (5) The FWPD must pay $100,000. The State must pay $100,000. General Motors must pay $600,000,000.

[Initial Each Statement]
KB  I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis. Also want
KB  I will keep a copy of this complaint for my records.                                   written apology
KB  I will promptly notify the court of any change of address.                             from the
KB  I WILL NOT send more than one copy of any filing to the court.                         public defender
KB  I WILL NOT send summons, USM-285, or waiver forms to the clerk.                        office.
KB  I declare under penalty of perjury that the statements in this complaint are true.     And
                                                                                           Stratosphere
I placed this complaint in the prison mail system on 7/5/2022 at 7:45 am/pm.
[Do not fill in this date and time until you give the complaint to prison officials to send to the court.]  must pay
                                                                                           $100,000
_Kyle Bolton_                                    _566995_                                  because of
Signature                                        Prisoner Number                           racist HR
                                                                                           supervisor
[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]  named Amy.

Also want a written apology
from Chris Meyers and the job ——► (I have audio proof) ——►
termination of Mrs Ilene Smith

(8.) What I actually Need the Court to Order If I Win

- Needs vs wants are different. So I am creating this alternate list of demands so as not to stress the federal Court room or hinder justice by making the case all about money. So when you look back at that original paper of demands, just know that is ~~what~~ what I wanted ~~to~~ in order to show the defendents that skin color discrimination and conspiracy is serious. In reality, what I need is the federal court room to admonish these entities, press criminal charges where nessecary for conspiracy, set their own financial amount I should get for damages that the judge deems as fair, and either dismiss my cases pending a discharge of me from here into a mental hospital or ensure that my cases are pushed into the extreme end of mitigation at sentencing if I lose at trial in addition to ensuring that my trials are both public and fair. (There can be no more conspiracy amongst my lawyers to directly sabotage my case for the state.) I want written apologies that this happened and to be treated as a human. Not just dehumanized garbage which makes me mentally damaged. Please, just please look into this. I got proof of everything. I need federal help.