1

# 14th Amendment Equal Protection Rights Violation

- Kyle Bolton is a pre-trial detainee at the Allen County jail. He has been charged with Burglary Level 2 and ~~~~ A Misdemeanor Resisting Arrest. Kyle Bolton has paid bond for the Burglary and has been OR'd for release on the misdemeanor, but is being held here due to the misdemeanor being interpreted as a violation of his bond, even though he is supposed to be presumed innocent in both cases.

until proven guilty

- The ~~~~~ ~~~~~ alleged Burglary occurred in August of 2021. During the suspect interview, Kyle Bolton informed the State's Detective that he had been recently fired from his job over his color (pale/white) and that he has been focused on obtaining a lawsuit to get justice over the event. At this time, the State agent replied by informing him that "no lawyer would take a case like his in today's society" and this statement was clearly made pertaining to his skin color.

- This single act constitutes invidious racism and a violation of Equal Protection,

2

Equal Protection 14th Amendent

- Considering the fact that it both implies a corrupt social environment in which an American citizen can be precluded from the protection of civil laws due to their race/skin color, and also reveals that an agent of the State can feel comfortable enforcing a law on a citizen while simultaneously condoning the alleged reality that the citizen who they are enforcing a law on has no equal protection of American Laws.

- It is worth Noting that Kyle Bolton is being charged with an Economic Crime. Meanwhile, Kyle Bolton's biggest issue in life is that he has been deprived of Equal Opportunity in the workforce. Equal Protection is supposed to protect his right to Equal Opportunity. Equal Protection is a barrier in between Equal Opportunity in the workforce and a Economic crime. Up to this point, Kyle Bolton has already filed with the EEOC (Equal Economic Opportunity Commission), and searched for legal aid from lawyers to no avail. All during this time span, Kyle Bolton has-

a
ase

Equal Protection 14th Amendment

- felt heavily discriminated against and now his primary concerns were just confirmed independenty by the state agent who was investigating him for Burglary. Herein lies a major dilemma.

- A consistent pattern of racial discrimination is not a necessary predicate to a violation of the Equal Protection Clause. A single invidiously discriminatory governmental act is not immunized by the absense of such discrimination in the making of other comparable decisions. However, Kyle Bolton can confidently assert that he can prove that he has been subjected to a long pattern of racial discrimination in addition to this single invidious act of unfairness which was conducted against him by the State.

- The definition of invidious is defined as- (1.) unpleasent and likely to cause bad feelings in other people. (2.) tending to cause discontent, animosity, or envy. (3.) of an unpleasant or objectionable nature. (4.) of a kind to cause harm or resentment.

# Equal Protection 14th Amendment

- It is also worth noting that Kyle Bolton is an african american man, despite the fact that he has pale/white/albino skin, and that as an african american man, he belongs rightfully to the status of a protected class of citizen. Being denied equal protection for equal opportunity is bad enough, but being denied equal protection for equal opportunity while ~~being~~ belonging to a protected class of citizen is flat out beyond extreme.

- The Detective knows Kyle Bolton is an african american male. It is written in her charging affidavit despite the fact that an eyewitness described the suspect as a white male — and beyond that, the Detective knows Kyle Bolton's grandfather, Henry Bolton, an african american man who served as the supply surpivoser for the FWPD for over 20 years and was even honored in the ~~~~ ~~~~ local news for it. Also, the Detective can clearly see a Henry Bolton, and James Bolton, listed on the bond paperwork on the desk as cosignors for Kyle Bolton's bond. This —

5

# Equal Protection 14th Amendment

- topic literally came up during the course of the interview, and the detective literally stated to Kyle Bolton that she knew his grandfather when she first walked into the room. (This first section of the tape has mysteriously disappeared since.) (Kyle Bolton alleges further that this is purposefull)

- At this point, Kyle Bolton, who exists as both an african american, and a man with pale/white skin, has been put in serious jeopardy. And so has the state.

  nale

- Equal Protection, part of the 14th Amendment in law, emphasizes disparity in treatment of individuals whose situations are arguably indistinguishable, minus superficial prejudice.

- Since being exposed to this act of invidious unfairness and racism, Kyle Bolton was subsequently issued a restraining order upon the behest of General Motors, the origional company that had violated his Equal Opportunity by firing him for his skin color in the first place. This poses several problems. Namely, Kyle Bolton alleges—

# Equal Protection 14th Amendment

- that the entire text of the restraining order was written in a racially offensive and insulting manner and that the claim was only filed in order to violate his bond and put him in jail as a tactic to stifle his free speech, stifle his blogging activities to spread awareness about the incident, and prevent him from being able to pursue any further legal action against GM. Also, Kyle Bolton is now in a position where a corrupt social climate is allowing a business who violated him to file civil actions against him while simultaneously preventing him from filing civil ~~actions~~ actions against them. (Please note here that both before and after the Burglary interview, Kyle Bolton has sought and been denied legal aid due to his skin color. This is ~~his~~ his objective reality. The Detective just confirmed its existence on video.)

- A 1st Amendment Free Speech Violation also exists here. (Possibly) Due to the totality of the circumstances, a major concern about this restraining order must be raised - GM claimed in the order -

# Equal Protection 14th Amendment

- that Kyle Bolton was making threats against them online. They also claimed that these threats were criminal in nature and not constitutionally protected. In order to do this, they took paragraphs out of a youtube video he made, ommitted sections, and took what he said out of context. Kyle Bolton, in reality, was expressing that he was zoning out mentaly at work and having dark thoughts about hurting people, and that he had scheduled an appointment with Parkview to get help. This is Free Speech quite literally that expresses a feeling and is useful in the very sense that Free Speech is meant for in law. Society claims that it wants people to talk about their problems and seek help before they snap, and Kyle Bolton was actually doing so. Furthermore, GM used ~~word~~ out of an ebonics poem from a cartoon facebook profile attached to Kyle Bolton's online art movement in order to obtain the restraining order. Kyle Bolton is an author and artist, and as such he uses Free Speech liberally to express advanced feelings. This —

violated
sections

egocentric

## Equal Protection 14th Amendment

- is his right as an American, A right he helped to defend by serving in the military for 6 years as an infantryman.

- Kyle Bolton was ambushed by police after being lied to by the judge at civil court, and he was charged with resisting arrest right in front of the racist GM lawyer. Pretextually, the police operated under the premise that he had violated his Bond. However, this accusation is ridiculous and undergirds a possibly severe Free Speech Concern. It can only be logically theorized that Kyle Bolton's bond was being revoked due to GM's allegations that he was making threats, but this issue was never once addressed or proven in court and no criminal threat charges were ever filed by the State. Free Speech is not a threat. Free Speech expresses a feeling and serves as a buffer zone in between pent up animosity and violence.

- Kyle Bolton is now being held as a pre trial detainee due to the resisting arrest—

# Equal Protection 14th Amendment

- charge, not the original bond revocation violation, which to date has never been addressed, and ironically, he has already been OR'D for the resisting arrest charge. (yet he is still being detained here for it, due to the State considering it to be a violation of his bond, even though the arrest was ~~scrapped~~ based off of no valid criminal act or bond violation.

- Kyle Bolton asserts that it is ridiculous for the state to inform him that he is not allowed equal protection of civil law due to his skin color and then expect him to comply with the unreasonable arrest of his person at the court hearing of a civil injuction that was filed against him by the same company that had discriminated against him and violated his rights due to his skin color in the first place.

- Kyle Bolton now alleges that his state-sponsored public defenders are not ~~protected~~ ~~bias~~ ~~correctly~~ protecting him equally and are further discriminating-

# Equal Protection 14th Amendment

- against him on a racial basis, due to the Same afformentioned reason of a corrupt social environment first brought to light by the State Detective, amongst other possible racial prejudices. Namely, Kyle Bolton has been detained for 7 months by this point and not a single one of them has ~~directly~~ addressed his ~~entire~~ valid race-based issue, either to him personally or to the court, despite the fact that Kyle Bolton brings up his concerns constantly.

*irectly*

- On the contrary, Kyle Bolton suspects his public defenders to be working directly with the State as part of a conspiracy to suppress this issue. Herein lies a breech of ~~Equal~~ ~~the~~ ~~Due~~ Due Process. Kyle Bolton now alleges that his public defenders are working directly with the State as part of a larger conspiracy, in addition to violating his Equal Protection by not equally protecting him due to his afformentioned race/skin ~~and~~ color.

- I4 is worth noting here that proceeding-

# Equal Protection 14th Amendment

- a valid allegation of an Equal Protection violation, where the totality of relevant facts give way to an inference of discriminatory purpose, the burden shifts onto the State ~~to explain adequately~~ and its agents to explain adequately their purposes which gave rise to the dilemma. The State cannot meet this burden on mere general assertions that its officials did not discriminate or that they properly performed their official duties. Rather, the State must demonstrate that permissable racially neutral interactions and procedures have produced the ~~unfortunate~~ ~~result~~ racially questionable and seemingly unfair result.

- Kyle Bolton now alleges that his public defenders do not take him seriously as an african american in distress, nor a protected class of citizen due to his color, and that his valid concerns of racism being at play in his case are being deliberately ignored by them due to a corrupt/prejudicial reason which can be directly attributed to the modern american social/political climate, as previously revealed to him by the State Detective.

# Equal Protection 14th Amendment

- It is important to note here again that Kyle Bolton is an african american man with pale/white skin, and seemingly exists as the first of his kind to file a complaint such of this nature.

- Kyle Bolton now alleges that both of his public defenders in cases #02D06-2112-CM-4121 and 02D06-2108-F2-30 are actively discriminating against him and providing inadequate protection ~~for him~~ and legal assistance for him due to his race/skin color. Principaly, Kyle Bolton cites 4 glaring Effective Representation and rules of proffesional conduct violations in this matter - (1.) His lawyers violate Ind. R. Prof. Conduct 1.2a by failing to abide by a client's decisions regarding the objectives of the representation. (2.) His lawyers violate Ind. R. Prof. Conduct 1.3 by failing to act with reasonable diligence and promptness. His lawyers also violate Ind. R. Prof. Conduct 1.4(a) by failing to keep a client reasonably informed about the status of a matter and promptly comply with reasonable requests for information. His lawyers also violate Ind. R. Prof. Conduct 1.4(b) by failing to explain a matter -

# Equal Protection 14th Amendment

- to the extent reasonably necessary to permit the client to make informed decisions.

- Notably, Kyle Bolton now alleges that in 7 months, Lierin Rossman has not been to the jail to speak of defense strategy once and she is deliberately ~~spoken~~ ignoring his requests for a an Insanity Defense and Motions for ~~Strategy~~ Dismissal ~~due~~ ~~also~~ due to racial reasons. She also will not collect valuable evidence material to the case due to racial reasons.

- Kyle Bolton also alleges an incident with Cause # 02D06-2108-F2-30 where Jaime Egolf either deliberately or unprofessionally tricked him into permanently signing away his bond ~~revoke~~ by feeding ~~to~~ him the false/misleading notion that he was not admitting guilt to either bond revocation petition.

- Kyle Bolton also alleges that the PDI Investigator, Desiree Holy, also showed him manipulated and tampered digital evidence concerning the Detective tape interview and both Jaime Egolf and Lierin Rossman have-

## Equal Protection 14th Amendment

- refused to bring either this matter or the matter that it was intended to cover up what the Detective said to the court.

- Kyle Bolton also alleges an incident where he was thrown down and punched twice inside the courtroom in front of everybody by cops while demanding the court/prosecutor to directly address the racism in his case and also challenging the shift in burden of ~~a~~ a trial date moving onto him due to psychological screening. This matter has a police control # of 20A010524 ~~and~~ and brings up serious concerns of Criminal Rule 4c. First of all, Indiana rejects the notion that the burden of trial dates moving ~~due to~~ due to psychological screening must be placed upon the defendent. Notably in this scenario, it is well known that Kyle Bolton is a 6 year infantry veteran of the State's National guard and he is diagnosed with psychosis. (This information of mental defect has been observed on global news, local news, and has been known by the State this entire time. Psychological screening should have occurred upon the dawn of his detention. (Please refer —

## Equal Protection 14th Amendment

- to the original charging affidavet, criminal discovery papers, and Detective interview where all 3 cite an incident where he shot himself in the face before during a spell of psychotic decompensation. A good lawyer who cares about their client would know all of this. Furthermore, after Kyle Bolton was thrown down and punched twice, the police omitted the fact he was inquiring about the blatant racism in his case at the time of the event, and instead wrote on the incident paperwork that he is "nuts" in order to further insult, dehumanize, and alienate him in addition to covering up his valid concerns/argument.

- Kyle Bolton served 55 days in the hole over that event in which he attempted to defend himself while Jaime Egolf sat by and watched, doing nothing, as has become ritual.

- Kyle Bolton also alleges that his lawyers have repeatedly attempted to trick him into thinking that legal competency is the same thing as legal insanity when it is not. This seems to be a major false notion that -

# Equal Protection 14th Amendment

- is being proliferated by the local a Allen County Court System on all levels.

- Kyle Bolton now alleges that Dr. Ross, a Court appointed psychiatrist, admitted to him on Camera during the compentency/Insanity screening that the Allen County Court System is operating as a machine process. In this machine process, Kyle Bolton finds no soul, no humanity, no true life, and no true Equal Protection of Law.

- Motion to Dissmiss on Grounds of 14th Amendment, Equal Protection violation.

Kyle Bolton

Also, a provision of the 14th Amendment - No state Shall deny to any person within its jurisdiction Equal Protection of the Laws.

Smith vs Texas, 311 U.S. 128 - The fact that the written words of a State's laws hold out a promise that no such discrimination will be practiced is not enough. The 14th Amendment requires that equal protection to all must be given - not merely promised

## 14th Amendment Due Process Violation

- Kyle Bolton is a pre-trial detainee at the Allen County Jail who has been denied Due Process of Law.

- Kyle Bolton now stipulates that it is a violation of his Due Process to be informed by an Agent of the State during a critical moment in his case that he is not entitled to Equal Protection of the Law within the State, and that "no lawyer in today's society" will take his civil rights case due to his skin color. This single act of inidious racism is probative of a corrupt social climate concerning the practice of law in the State and has created a scenario in which Kyle Bolton cannot trust his State-appointed public defenders, private lawyers, or even the ~~case~~ administration of basic courtroom procedures ~~⬤~~ themselves — especially concerning the fact that Kyle Bolton's reality reflected the State Detective's comment both before and after he met her.

actual

- ~~⬤⬤⬤ ⬤⬤⬤⬤ ⬤⬤⬤⬤ ⬤⬤⬤⬤⬤ ⬤⬤⬤ ⬤⬤ ⬤ ⬤⬤ ⬤⬤⬤⬤ ⬤⬤ ⬤⬤⬤⬤⬤⬤ ⬤⬤⬤⬤ ⬤⬤⬤⬤⬤⬤⬤ ⬤⬤⬤⬤⬤⬤⬤⬤⬤ ⬤⬤⬤⬤⬤⬤~~

2

# 14th Amendment Due Process Violation

- Kyle Bolton now asserts that he is at severe risk of collapsing into a state of permanent mental incompetence due to what the State's Detective told him, and that this violates his Due Process as it directly effects his ability to communicate and cooperate with his lawyers in addition to trusting them.

- Kyle Bolton also stipulates that it violates his Due Process for the police to tamper with his digital evidence, and it also violates his Due Process where the Public Defender's office has seemingly engaged in a conspiracy with the State to cover this corrupt police action up.

- Kyle Bolton also cites here and brings to the attention of the court a severe 6th Amendment concern - notably that according to the statistics of the Indiana Department of Workforce Development, Allen County is only employing 50 percent of the lawyers it needs to defend citizens in their cases. Beyond all the corruption, this is simply unacceptable and undermines the ~

3

# 14th Amendment Due Process Violation

- fundamental American concepts of fairness, justice, and Liberty. Furthermore, when applied into context with the fact that

• the Allen County Jail is in current violation of the 8th Amendment, Cruel and Unusual Punishment provision, we can clearly see here a reality in which Kyle Bolton, amongst other pre-trial detainees, is being forced to endure the natural stress of prosecution and detainment while being unfairly encumbered by the structural violations of his 6th and 8th Amendments throughout the entire length of this procedure.

mendment

- Here, Kyle Bolton must assert that to believe Constitutional Amendment violations do not effect Due Process, especially concerning the 6th, is pure folly.

- Kyle Bolton now stipulates that to be given two public defenders by the State, who are either racist or scared to confront racism, is a direct violation of his Due Process, especially when they cannot even adhere to the basic codes of proffessional conduct as set forth in the manuals of their ~

# 14th Amendment Due Process Violation

- proffession.

- Kyle Bolton now Stipulates that it is a violation of his Due Process for the public defenders given to him by the State to consort against him with the Prosecutors of the State.

- Kyle Bolton also stipulates that it is a violation of his Due Process for the State to unreasonably revoke his bond based on no criminal offense or rule violation, and that it is a further violation of his Due Process for his Public Defender to intentionally trick him into signing away his bond hearings permenantly, and that it is also a violation of his Due Process for the State to maliciously retain a racist resisting arrest charge against him with the direct intent to keep him in a perpetual state of ineligibility for his bond. (which he even already paid.)

- Kyle Bolton now also stipulates that it is a violation of his Due Process to -

5

14th Amendment Due Process Violation

- intentionally cover up the fact that he is suffering from both racism and a documented brain disease.

- Kyle Bolton now references that he was told by a court-appointed psychiatrist that the system of local justice here in Allen County is indeed a machine process, thus confirming his most ~~process~~ ~~of~~ ~~theory~~ melancholy of theories. And here, inside the machine process, Kyle Bolton has found no proper maintainence of the Due Process of Law, which is absolutely deplorable. Court Rooms are meant to handle the affairs of humans, not cattle. Concerning pre-trial detainees, we are human beings with souls, so Kyle Bolton now recomends that the Allen County court system should stop treating us like pigs, cows, and sheep.

Please end this farce now.

to

Motion Dismiss Case under the 14th Amendment, Due Process provision.

Kyle Bolton

# 8th Amendment Cruel and Unusual Punishment

- Kyle Bolton is a pre-trial detainee in the Allen County jail who is currently being forced to endure cruel and unusual punishment in direct violation of his 8th Amendment human right which guarentees on paper that cruel and unusual punishment shall not be inflicted.

- Kyle Bolton now directly and accurately asserts that upon the date of this writing, 6-26-2022, the Allen County jail has lost a federal class action lawsuit and is actively being admonished by both a federal judge and the community for being in structural violation of the 8th Amendment, notably, that Cruel and Unusual Punishment shall not be inflicted.

- Kyle Bolton now stipulates that this fact, when put into propper context with the entire totality of his circumstances, renders his detention within the Allen County jail far past illegal. (Kyle Bolton has been detained since December of 2021 and has endured a proven violation of his 8th Amendment this entire time.)

## 8th Amendment Cruel and Unusual Punishment

- Kyle Bolton now also contends that he suffers from a severe, diagnosed, documented, and nationally observed brain disease —notably that which is labeled as psychosis. In addition to this, he is suffering from PTSD due to blatant racism and the jail conditions are vastly exacerbating his mental defects to the point that he is constantly in a state of worry that he may commit suicide, homicide, or become a mass shooter. He feels isolated, suspicious, attacked, and paranoid — and, despite the fact that he used to be a soldier, he no longer can trust that his government will ensure the protection of his life, liberty, or freedom, or justice, especially concerning the circumstances as to why he is here.

- Kyle Bolton now stipulates that it is cruel and unusual to hold a person with a brain disease in a state of cruel and unusual punishment.

- Kyle Bolton now stipulates that it is cruel and unusual punishment to put a person —

## 8th Amendment Cruel and Unusual Punishment

- With a brain disease in a situation where they have to effectively function as their own lawyer due to a rampant disregard of the 6th Amendment.

- Kyle Bolton now stipulates that it is absolutely cruel and unusual, in fact far beyond that, reaching into the realm of malevolent and bizzarre, in addition to being manifestly unreasonable, to systematically prosecute an African American man, who got fired from his job and denied Equal Economic Opportunity in the workforce due to his skin color, to the fullest extent of the law, and continue to run him through this procedural system while simultaneously denying him the right of Equal Protection of the law due to his aforementioned skin color, all the way up to the point of offering him 10 years in prison, followed by 20 years of supervised release (which is ridiculous) for what amounts to an Economic crime, essentially being that of a theft where no one was injured, when he has absolutely no history of ever being accused of an economic crime such as theft, robbery,

# 8th Amendment Cruel and Unusual Punishment

- or burglary, prior to the blatant violation, non-protection, and repeal of his basic, fundamental, constitutional rights.

- Kyle Bolton now also stipulates that it is cruel and unusual for the police to tamper with his digital evidence while he suffers from a brain disease and is currently being housed inside of a cruel and unusual jail, and that it is further cruel and unusual for them to do this for a ~~too stupid~~ ~~reason~~ racially motivated reason.

- Kyle Bolton also stipulates that it is cruel and unusual for the prosecution to maintain a Level 2 weapon enhancement charge against him with absolutely no evidence of a weapon being equipped, held, brandished, or used at the crime. This also brings up another 6th Amendment effective assistance of counsel concern because Mrs. Egolf has done absolutely nothing to address this valid concern except to further enforce the agency of the prosecutor by extorting Kyle Bolton with bad plea deals which would force Kyle Bolton-

5

## 8th Amendment Cruel and Unusual Punishment

- to perjure testimony by agreeing to the possession of a non-existant weapon that he in fact has never possessed. Also, worth alarm, is the fact that african americans in this country are well-documented to encounter scenarios in this country where they are falsely accused or framed for having weapons by law enforcement officials which has either led to them being killed or sentenced to execute extremely long terms of penal confinement of which the sentencing ranges are vastly higher than the amounts of time they could have possibly served if convicted of the same charge with no weapon enhancement. (In Kyle Bolton's case, he is being charged with a weapon enhancement based off zero evidence and the prosecution is maliciously maintaining this charge off the possibility that Kyle Bolton could be extorted into pleading guilty to it before trial or convicted by an ignorant jury of it at trial despite the fact that the entire existance of this scenario violates the core principles of the well-established ~~standard~~ ethical Standard of "Beyond a Reasonable Doubt," which is completely unacceptable. —

ere

# 8th Amendment Cruel and Unusual Punishment

- Kyle Bolton now stipulates that it was both cruel and unusual, and an extreme twist of fate, in the light of the totality of his circumstances, to be subjected to reading Chapter 42, The Whiteness of the Whale, from the classical literature book, Moby Dick; Or, The Whale, which is available on the tablet, and clearly states in paragraph 13 - What is it that in the Albino man so peculiarly repels and often shocks the eye, as that sometimes he is loathed by his own kith and kin! It is that whiteness which invests him, a thing expressed by the name he bears. The albino is as well made as other men - has no substansive deformity - and yet this mere aspect of all-pervading whiteness makes him more strangely hideous than the ugliest abortion. Why should this be so?

jail

- To be plain, this material can be interpreted as offensive, especially to one such as Kyle Bolton who represents an extreme minority of African Americans who are born with white skin in addition to only being here inside this penal system -

8th Amendment Cruel and Unusual Punishment

- due to invidious racism and colorism.

- Kyle Bolton now contends that this is a clearly defined issue which has directly impacted his mind and exacerbated his mental illness to the point that he often has intrusive post traumatic thoughts about ~~violence~~ enacting violence and this stresses him. Kyle Bolton is an avid reader and just wanted to lose himself if the alternate reality of the whale book to escape momentarily his current plight of race based oppression and even in this brief retreat he has encountered more race-based anti-albino sentiment. This incident could have cost Kyle Bolton his life due to suicide or someone else such as a jail staff member their life due to homicide and it has pushed Kyle Bolton upon the brink of suffering irreparable mental damage.

- Kyle Bolton now contends accurately that it is a cruel and unusual and a direct violation to ignore his pressing medical concerns and requests the —

8th Amendment Cruel and Unusual Punishment

- immediate dismisal of his case in addition to a discharge to a proper mental hospital in order to get adequate help dealing with these things instead of becoming a dead body or a mass shooter.

- A court appointed psychiatrist told Kyle Bolton that of course this is just a machine process and inside of this cruel and unusual machine process, Kyle Bolton has found no adequate protection of his 8th Amendment right.

Please, end this farce now. I could've killed myself after reading chapter 42 of Moby Dick.

Kyle Bolton

# Motion to Dismiss Under the 6th Amendment

- Kyle Bolton is a pre-trial detainee in
the Allen County Jail who is being procedurally
and structurally denied effective assistance
of counsel.

- Kyle Bolton now stipulates that according
to the statistics of the Indiana Department
of Workforce Development, Allen County is
only employing 50 percent of the lawyers
it needs to properly serve clients. This
is simply unacceptable and reveals a major
structural flaw in the County's ability to
either protect or adhere to the 6th Amendment.

- Kyle Bolton now stipulates that due to
the disturbing nature of his case, in which
an African American man has been ~~denied~~
effectively ~~denied~~ denied both Equal Economic
Opportunity and Equal Protection of Law
because he has pale/white/albino skin,
and is now being prosecuted for Burglary,
an Economic Crime, that it is a violation
of his 6th Amendment for the court system
to supply him with lawyers that are either
racist or afraid to confront racism. And
beyond this, his lawyers have failed to even

Motion to Dismiss Under the 6th Amendment

- Maintain the bare minimal standards of proffesional work ethic or conduct when ~~used~~ put to this task of handling his affairs.

- Kyle Bolton's lawyers have deliberately abstained from confronting the racism in his case, have deliberately not collected or properly reviewed evidence that is material to an Insanity Defense, his misdemeanor lawyer has never been to the jail to meet him and discuss defense strategy once, even though he has been in detention for 7 months, meanwhile, his felony lawyer Mrs. Egolf ~~has~~ deliberately misled him into ~~an~~ signing away his bond permanently, both of his ~~{advocating}~~ lawyers seem to be conspiring with the state, or at least, advocating for the ideological agency of the state, certainly rather than ~~advocating~~ for the agency of Kyle Bolton himself, of whom they are sworn to defend, and neither of them move at an appropriate speed to build a defense in addition to not taking Kyle Bolton seriously as an African American on top of allowing the PDI investigator Desiree Holy to ~~leverage~~ directly-

## Motion to Dismiss Under the 6th Amendment

- Sabotage all faith in a fair trial or fair defense by showing him tampered with/ manipulated digital evidence before subsequently attempting to mask this issue from the public oversight of the court.

- Kyle Bolton now asserts a theory that in a court system such as that inherent in Allen County, where all the legal proffesionals such as the judges, prosecutors, and lawyers each share allegiance to the same political ideation, (here being a Right Wing Republican who is low on emotional empathy) that this sort of monochromatic partisan attitude is a major cause for concern as it can possibly disrupt the proper functioning of the 6th Amendment, ~~concern~~ concerning the right of an accused, as it implies a reality in which their defender can actually rationalize more with their accusers than them and actually make subconsious or consious decisions to sabotage or cripple the defense in addition to morally justifying such actions despite ~~these~~ this logic being tantamount to conspiracy, especially concerning the fact that we now live in —

## Motion to Dismiss Under 6th Amendment

- a heavily polarized Nation which is seperated on political grounds.

- Kyle Bolton now alleges that it was ridiculous for Mrs. Egolf watch him get thrown down and punched twice in the court room for defending himself and bringing up his valid race based issue ~~~~ without ~~~~ raising any objection. At this point, he might as well not even have a public defender as his public defender does nothing except condone or project the will of the State Prosecution.

- Kyle Bolton now stipulates that a court appointed psychiatrist confirmed to him that this is just a machine process, and we all know that machine processes are cold and unfeeling, and inside this cold and unfeeling Allen County machine process, Kyle Bolton has found no substantial protection of his 6th Amendment, right to effective counsel.

- Please End this farce now. Motion to Dismiss Kyle Bolton

## A Formal Accusation of Conspiracy

- Why? The real question concerning all of this is "why?" Why did all of this happen and for what ~~purpose~~ purpose was it reinforced/allowed to continue for so long? Concerning General Motors, the answer is obvious - someone made a mistake and ~~attempted~~ attempted to cover it up by covering me up rather than accepting responsibility and cleaning it up. Now, my final theory is that this motive is the same as that harbored by the law enforcement system in my case - someone made a mistake and everyone involved in this procedural chain attempted to cover it up by covering me up rather than admitting fault. The problem though is that this is clearly corruption and falls into the realm of conspiracy. (Could this possibly be what they call the Blue Wall of Silence?) Notably, I am not the type of person to accept any of this or cower. I am former infantry, trained as a front line combat soldier and I will scream and I will fight you to the death, because I am also quite in fact insane over this and continue to be driven further such. Never, absolutely -

# Conspiracy Charge Against the State

-ever will I let this go, and the longer you people continue to racially prejudice me in a corrupt unfair system, I will continue to cause tears. What I need, is for the Federal Courtroom to take my truthful allegations seriously and provide my words with weight. Everything I have stated in these documents is true on my word as an infantryman and I have indeed become terminally mentaly ill over this. I should not have to wake up every day with intrusive Post Traumatic thoughts over this or become riddled with psychosis to the point that I feel like I have to become a killer or a mass shooter just to get my justice. I should not be paranoid in my own country over corrupt legal practice and skin color discrimination and I should not have to fight this hard to be equally protected as a protected class of citizen due to my skin color when I quite in fact am genetically an African American. This entire situation is grotesque. Please help me consolidate this lawsuit into the proper forms. I understand that certain targets such as GM may require different forms to-

## A Conspiracy Charge Against the State

- file, but it was important for me to list everything relevant to my issue here from start point to end point. I have proof of everything I say, I just need help consolidating it and presenting it in court. I also realize that current political divides have polarized the country. Please, do not allow this to become an issue of bias which effects my case. I am neither a democrat nor a republican. In fact, I am sick of this sort of sentiment and feel trapped in the middle. Please, please, please help me present and prove all of this peacefully and take it serious. I am constantly in great worry over becoming irreparably damaged mentaly over this. And, if you are in doubt, please take a moment to recollect Chapter 42 of Moby Dick - The Whiteness of the whale...

## A Formal Accusation of Conspiracy Against the State

Kyle Bolton